| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 3:19-CR-00225- S(1) |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | 2:24CR303 (MEF) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Andrew Scherr** | Northern District of Texas | Dallas |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Karen Gren Scholer U.S District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 04/04/2024 — TO 04/03/2029 |

**OFFENSE**
Count 1: Conspiracy to Commit Crimes By or Affecting Persons Engaged in the Business of Insurance, in violation of 18 USC § 371
Count 2: Conspiracy to Commit Wire Fraud Affecting a Financial Institution, in violation of 18 USC §1349

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision

Mr. Scherr has no ties in the NDTX and plans to remain in New Jersey during his time on supervised release. The District of New Jersey has requested a transfer of jurisdiction.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Northern  DISTRICT OF  Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of New Jersey  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 25, 2024
*Date*

*/s/ Karen Gren Scholer*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF  New Jersey

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/3/2024
*Effective Date*

*/s/ Michael E. Farbiarz*
Hon. Michael E. Farbiarz, U.S. District Judge

1